## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a USA TODAY** <br> 1675 Broadway, 23rd Floor <br> New York, New York 10019 <br><br>     **Plaintiff,** <br><br> v. <br><br> **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** <br> Office of the Principal Legal Advisor <br> 500 12th Street, SW, Mailstop 5900 <br> Washington, DC 20536 <br><br> **U.S DEPARTMENT OF HOMELAND SECURITY,** <br> Office of the General Counsel MS0485 <br> 2707 Martin Luther Kind Jr. Ave SE <br> Washington, D.C. 20528 <br><br>     **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1.      Plaintiff GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a/ USA TODAY brings this suit to force Defendants U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY to conduct a reasonable search, issue a determination, and produce records regarding immigration legal observers.

## PARTIES

2.      Plaintiff GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a/ USA TODAY ("USA TODAY") is a multi-platform news and information media company and is the FOIA requester in this case.

3. Defendant U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DHS is the parent agency of ICE.

**JURISDICTION AND VENUE**

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**JANUARY 23, 2026 FOIA REQUEST TO ICE**

7. On January 23, 2026, Plaintiff submitted the following FOIA request to ICE for the following records:

> I am seeking a copy of the database, spreadsheet, log, list or other electronic inventory of so-called "legal observers" monitoring Immigration Enforcement activities from 1/1/2025 to the present. Please provide the data in its original format with PII redacted, but the rest accessible. Please provide a records layout, data dictionary or other navigational information for this data.

8. A true and correct copy of the FOIA request is attached as Exhibit 1.

9. Plaintiff's FOIA request also included a request for expedited processing because "[t]here is an allegation of government misconduct related to this request," and the Plaintiff is a "full-time bona fide national news media representative who routinely disseminates information to the public." Plaintiff has elected not to challenge ICE's denial of expedited processing. *Id*.

10. According to the ICE FOIA website portal, the request was assigned reference number 2026-ICFO-13053 and was placed on the "Simple" processing track. *Id*.

11. On February 4, 2026, ICE denied the request in full because the information sought in the request "is not under the purview of ICE" and "[l]egal observers do not have any official role or authority in DHS operations."

12. The request sought records about legal observers, and nothing about the request required legal observers to be "under the purview of ICE" or any "official role or authority in DHS operations." Rather, and only as examples, records about ICE's interactions with or surveillance of legal observers would be within the scope of the request.

13. A true and correct copy of the response letter is attached as Exhibit 2.

14. On February 4, 2026, Plaintiff administratively appealed the adequacy of the search conducted by ICE.

15. A true and correct copy of the administrative appeal letter is attached as Exhibit 3.

16. On March 5, 2026, ICE determined that "new search(es) or, modifications to the existing search(es), could be made," granted the appeal and remanded the request.

17. A true and correct copy of the letter granting the appeal and remanding the request is attached as Exhibit 4.

18. On May 8, 2026, Plaintiff sought an estimated date of completion and inquired about the status of the request, including whether the search for records had been completed, how many pages were located in response to the search, and whether an analyst had been assigned for review.

19. A true and correct copy of the Plaintiff's correspondence, along with subsequent correspondence, is attached as Exhibit 5.

20. On May 12, 2026, ICE informed the Plaintiff the request is "pending the search for responsive documents." *Id.*

21. ICE did not send any further correspondence to Plaintiff regarding this request.

22.     As of the date of this filing, ICE has not issued a determination on Plaintiff's request.

23.     As of the date of this filing, ICE has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – ICE'S FOIA VIOLATION

24.     Paragraphs 1-23 are incorporated by reference.

25.     Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

26.     Defendant ICE is a federal agency subject to FOIA.

27.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

28.     Defendant ICE has failed to conduct a reasonable search for records responsive to the request.

29.     Defendant ICE has failed to issue a determination within the statutory deadline.

30.     Defendant ICE has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

    i.      declare that Defendants have violated FOIA;

    ii.     order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

    iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

    iv.     award Plaintiff attorneys' fees and costs; and

    v.      award such other relief the Court considers appropriate.

Dated: July 21, 2026

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
GANNETT SATELLITE INFORMATION
NETWORK, LLC d/b/a/ USA TODAY

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

- 5 -